UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANIS SHUMWAY, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Case No. 1:21-cv-02073** |
| : | **Honorable Robert M. Dow Jr.** |
| **JAI HANUMAN LLC d/b/a SHARN'S** | |
| **MOTEL, an Illinois Limited Liability** : | |
| **Corporation,** : | |
| : | |
| **Defendant.** : | |
| _____/ : | |

## NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, JANIS SHUMWAY, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the parties ask for a 30-day extension of all deadlines.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this August 27, 2021.

Respectfully submitted,

Attorney for Plaintiff:

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.

        7 N. Coyle Street
        Pensacola, FL 32502
        ph. 850-375-3475
        fx 877-828-4446
        kimberlyatlaw@gmail.com
        Florida Bar Id. No. 84942

        Thomas B. Bacon, Esq.
        Thomas B. Bacon, P.A.
        644 North Mc Donald St.
        Mt. Dora, FL 32757
        ph. (850)375-3475
        kimberlyatlaw@gmail.com
        Florida Bar. Id. No. 139262