# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Janis Shumway

                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:21−cv−02073
　　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

Jai Hanuman LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 15, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the notice of voluntary dismissal [15] filed on 9/14/2021, this case is dismissed with prejudice pursuant to a settlement. All hearings and deadlines are stricken. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.